UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS*
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404

ATTORNEY OF RECORD:
    ROGER H. BRITON, ESQ.

---------------------------------------------------------------X
RENE GARCIA GRANILLO                :

                Plaintiff,      :    Case No. 13-cv-0685

- against -                      :    Azrack, J.

BELCO PIPE RESTORATION, ELM GENERAL
CONSTRUCTION CORP., JOHN KELLY, and
JOSEPH PROVENZANO           :

              Defendants.    :
---------------------------------------------------------------X

## STIPULATION AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE

This Court, having reviewed the joint request of the Parties to approve settlement at the Settlement Conference conducted on April 2, 2105, and having found that the proposed settlement occurred as a result of contested litigation and that the settlement represents a reasonable compromise over contested issues and is otherwise fair and reasonable,

IT IS HEREBY ORDERED that the settlement is hereby approved; and

IT IS FURTHER ORDERED that the above-captioned action be and is hereby dismissed in its entirety, with prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure, with no award of attorneys' fees or costs by the Court to any party.

PETER a. ROMERO, ESQ.
FRANK & ASSOCIATES. P.C.
*Attorneys For Plaintiff*
500 Bi-County Blvd., 112N
Farmingdale, NY 11735
(631) 756-0400

By: _____
Peter A. Romero, Esq.

Dated: 4/14/15

ROGER H. BRITON, ESQ.
JACKSON LEWIS P.C.
*Attorneys for Defendants*
58 South Service Road, Suite 250
Melville, New York 11747
(631) 247-0404

By: _____
Roger H. Briton Esq.

Dated: 4/16/15

SO ORDERED on this _____ day of _____, 2015

_____
United States District Judge